BWW#: VA-335757

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

IN RE:                                                Case No.: 18-74429-SCS

MITZI JO ILAGAN *fka* MITZI JO SUDERS
*fka* MITZI JO MATTOX                                 Chapter: 13

    Debtor

_____

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Karl A. Moses, Jr. and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of PennyMac Loan Services, LLC ("Creditor"), in the above-captioned case and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Karl A. Moses, Jr.
BWW Law Group, LLC
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com

                                          Respectfully Submitted,
                                          BWW Law Group, LLC

Dated: <u>December 24, 2018</u>         <u>*/s/ Karl Anthony Moses, Jr.*</u>
                                          Karl A. Moses, Jr., VSB# 89433
                                          Attorney
                                          BWW Law Group, LLC
                                          8100 Three Chopt Rd.
                                          Suite 240
                                          Richmond, VA 23229
                                          (804) 282-0463 (phone)
                                          (804) 282-0541 (facsimile)
                                          bankruptcy@bww-law.com
                                          *Attorney for Creditor*

## **CERTIFICATE OF SERVICE**

      I certify that on this 24th day of December, 2018, the following person(s) were or will be served a copy of the foregoing NOTICE OF APPEARANCE via the CM/ECF system or by first class mail, postage prepaid:

R. Clinton Stackhouse, Jr., Trustee
7021 Harbour View Boulevard
Suite 101
Suffolk, VA 23435

Jennifer Tennile Langley, Esq.
Inman & Strickler, PLC
575 Lynnhaven Parkway, Suite 200
Virginia Beach, VA 23452

Mitzi Jo Ilagan fka Mitzi Jo Suders
fka Mitzi Jo Mattox
3173 Nansemond Loop
Virginia Beach, VA 23456

                                                */s/ Karl Anthony Moses, Jr.*
                                                Karl A. Moses, Jr., VSB# 89433
                                                Attorney
                                                BWW Law Group, LLC
                                                8100 Three Chopt Rd.
                                                Suite 240
                                                Richmond, VA 23229
                                                (804) 282-0463 (phone)
                                                (804) 282-0541 (facsimile)
                                                bankruptcy@bww-law.com
                                                *Attorney for Creditor*